# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail Parcel<br>9405536206248339451067 | ) ) ) ) ) ) Case No. 1:24-mj- 150-01-TSM |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel 9405536206248339451067, addressed to CHRISTOPHER BELL 407 SPRINGBROOK CIR PORTSMOUTH NH 03801-5268, that is presently in the custody of USPIS, 955 Goffs Falls Rd., Manchester, NH 03103

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See attached affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and Distribution of Controlled Substance(s) |
| Title 21 U.S.C. § 843(b) | Use of a Communication Facility in the Commission of a Controlled Substance |
| Title 21 U.S.C. § 846 | Trafficking Offense and Conspiracy |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brian F. Gacek
*Applicant's signature*

Brian F. Gacek, Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone conference *(specify reliable electronic means)*.

Date: **Jun 28, 2024**

*Judge's signature*

City and state: Concord, NH      Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*